IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -4  PM 3: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

BILLY WAXLER, TED WAXLER,
ALAN WAXLER, DAMON WAXLER,
WAXLER TOWING COMPANY, INC.,
WAXLER TRANSPORTATION COMPANY,
INC., WAXLER BARGE, LLC, WAXLER
PROPERTIES, and WAXLER TOWING
COMPANY PARTNERSHIP,

      Plaintiffs/Counter-Defendants,

vs.

BRIAN ZODY,

      Defendant/Counter-Plaintiff.

Cause No. 04-2999  Ml/P
Judge McCalla
Judge Pham

---

### ~~AGREED~~ ORDER EXTENDING TIME FOR PLAINTIFFS/ COUNTER-DEFENDANTS TO DESIGNATE EXPERTS

---

The parties have agreed, and the Court orders, that the Scheduling Order entered herein on March 3, 2005 is hereby amended as follows:

1.    Identify experts in compliance with Fed. R. Civ. P. 26(a)(2):

      By plaintiffs/counter-defendants:  **August 8, 2005**

The remaining dates and deadlines contained in the previous Scheduling Order entered herein remain unchanged.

This the _4_ day of August, 2005.

Tu M. Pham, United States
Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-4-05_

20

AGREED TO:

BRATTON & O'NEAL, P.C.

By_____
   G. Ray Bratton
   Attorney for Plaintiffs/
   Counter-Defendants
   675 Oakleaf Office Lane, Suite 200
   Memphis, Tennessee  38117-4863
   (901) 684-6100; fax: (901) 684-6106


BOURLAND HEFLIN ALVAREZ & MINOR, PLC

By_____
   John J. Heflin, III
   Attorney for Defendant/
   Counter-Plaintiff
   5400 Poplar Avenue, Suite 100
   Memphis, Tennessee  38119
   (901) 683-3526; fax: (901) 763-1037

F:\Data\Waxler\Eody\Ext-Time-Experts.wpd

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02999 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Elissa M. Mulrooney
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Honorable Jon McCalla
US DISTRICT COURT