

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BILLY WAXLER, TED WAXLER,
ALAN WAXLER, DAMON WAXLER,
WAXLER TOWING COMPANY, INC.,
WAXLER TRANSPORTATION COMPANY,
INC., WAXLER BARGE, LLC, WAXLER
PROPERTIES, and WAXLER TOWING
COMPANY PARTNERSHIP,

        Plaintiffs,

v.                                                No. 04-2999 MIP
                                                         Judge McCalla
BRIAN ZODY,                             Judge Pham

        Defendant.

## ORDER EXTENDING DEADLINES TO COMPLETE
## DISCOVERY AND FILE DISPOSITIVE MOTIONS

Upon the joint motion of the parties to extend the deadline to complete discovery to October 28, 2005, and the deadline for filing dispositive motions to November 18, 2005, and for good cause,

IT IS HEREBY ORDERED, BY CONSENT, that the deadline for the parties to complete discovery is extended through and until October 28, 2005 and the deadline for filing dispositive motions is extended through and until November 18, 2005.

                                                _____
                                                TU M. PHAM, United States Magistrate Judge

                                  Date: September 29, 2005

BY CONSENT:

_____
G. RAY BRATTON, Attorney for Plaintiffs
(by JH w/ permission)

_____
JOHN J. HEFLIN III, Attorney for Defendant

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 10-3-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02999 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Elissa M. Mulrooney
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT