FILED BY _____ D.C.

05 OCT 12 AM 7: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

BILLY WAXLER, TED WAXLER,        )
ALAN WAXLER, DAMON WAXLER,       )
WAXLER TOWING COMPANY, INC.,     )
WAXLER TRANSPORTATION COMPANY,   )
INC., WAXLER BARGE, LLC, WAXLER  )
PROPERTIES, and WAXLER TOWING    )
COMPANY PARTNERSHIP,             )
                                 )
        Plaintiffs,              )
                                 )
v.                               )   No. 04-2999 Ml/P
                                 )
BRIAN ZODY,                      )
                                 )
        Defendant.               )

---

## ORDER RESETTING TRIAL DATES

---

Pursuant to Magistrate Judge Pham's Order Extending

Deadlines to Complete Discovery and File Dispositive Motions,

filed October 3, 2005, the Court hereby resets the following

trial dates in this case:

Trial: <u>Monday, January 30, 2006, at 9:30 a.m.</u>

Pretrial Conference: <u>Friday, January 20, 2006, at 8:45 a.m.</u>

Pretrial Order: <u>Friday, January 13, 2006, by 4:30 p.m.</u>

So ORDERED this /lth day of October, 2005.


JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-12-05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02999 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

Elissa M. Mulrooney
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

G. Ray Bratton
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT